## THEOPHILUS BARROW v. ETHEL BOAZ BARROW.

(Filed 7 May, 1941.)

**Divorce § 11—**

Findings of the court, upon competent evidence, *held* sufficient to support order granting wife alimony *pendente lite.*

APPEAL by plaintiff from *Olive, Special Judge,* at March Term, 1941, of MOORE.

This is an action by the plaintiff for divorce *a mensa et thoro,* wherein the defendant filed cross action for an absolute divorce upon the ground of adultery. From order allowing defendant's motion for alimony and counsel fees, the plaintiff appealed, assigning error.

*Seawell & Seawell for plaintiff, appellant.*
*W. A. Lucas and U. L. Spence for defendant, appellee.*

PER CURIAM. The court having found, upon competent evidence, that the defendant in good faith denied the allegations of the complaint, was unable to defend the action or prosecute her cross action and adequately meet other expenses, that the plaintiff is financially able to pay allowances for her support and counsel fees, and (for the purposes of defendant's motion) the facts alleged in the answer and affidavits filed in support of the motion were true, there was no error in entering the order, from which appeal is taken. *Vaughan v. Vaughan,* 211 N. C., 354, 190 S. E., 492; *Holloway v. Holloway,* 214 N. C., 662, 200 S. E., 436.

Affirmed.